PROB 35

**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  CR-F-04-5010 DLB** |
| ) | |
| **Rosario Parra** ) | |
| ) | |

On January 28, 2004, the above-named was placed on Limited Supervised Probation for a period of two years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**United States Probation Officer**

Dated:      November 14, 2005
            Fresno, California
            MKD


**REVIEWED BY:**      /s/ Bruce A.  Vasquez
                     **Bruce A. Vasquez**
                     **Supervising United States Probation Officer**


Rev. 03/2005
PROB35.MRG

**Re: PARRA, Rosario**
**Docket Number: CR-F-04-5010 DLB**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| December 1, 2005 | /s/ Dennis L. Beck |
| **Date** | **DENNIS L. BECK** |
| | **United States Magistrate Judge** |

MKD

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG